SYLVIA E. WOODS, Respondent, v. CARMINE J. PISILLO, Appellant, et al., Defendant.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.